'08 CIV 7053

J. Christopher Jensen (JJ 1864)
Lloyd McAulay (LM 6839)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

CARDIOVASCULAR RESEARCH
FOUNDATION,

           Plaintiff,

   -against-

RONI AMIEL and NOVOLUTIONS, INC.,

           Defendants.

------------------------------------------------------------ x

Civil Action No.

**Rule 7.1 STATEMENT**

RECEIVED AUG 0 7 2008 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Fed. Rule Civ. P. 7.1, the undersigned attorney for plaintiff Cardiovascular Research Foundation hereby certifies that plaintiff has no parent corporation and that there is no publicly held corporation that owns 10% or more of plaintiff's stock.

Dated: New York, New York
       August 7, 2008

                              COWAN, LIEBOWITZ & LATMAN, P.C.

                              By: _____
                                 J. Christopher Jensen (JJ 1864)
                                 Lloyd McAulay (LM 6839)
                              1133 Avenue of the Americas
                              New York, New York 10036-6799
                              (212) 790-9200
                              Attorneys for Plaintiff

28260/000/839386.1