UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CARDIOVASCULAR RESEARCH
FOUNDATION,

                Plaintiff,                Docket No. 1:08 cv 7053 (HB)(MHD)

   -against                               STIPULATION

RON AMIEL and NOVOLUTIONS, INC.,

                Defendants.

-------------------------------------------------------x

WHEREAS, the parties are engaged in efforts to resolve this matter informally,

IT IS HREBY STIPULATED AND AGREED by and between the undersigned attorneys for Cardiovascular Research Foundation and for Roni Amiel and Novolutions, Inc. that the time for Defendants to answer or otherwise respond to the Complaint be and is hereby extended from the deadline of August 27, 2008 up to and including September 19, 2008.

This is the first extension of time that the parties have requested and agreed to with respect to the filing of a response to the Complaint.

_____
John M. Rannells
Attorney for Defendants
Baker and Rannells PA
575 Route 28, Suite 102
Raritan, NJ 08869
Tel 212-481-7007

Dated: August 29, 2008

_____
J. Christopher Jensen (jj1864)
Lloyd McAulay
Attorneys for Plaintiff
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036
Tel 212-790-9200

Dated: August 29, 2008

28260/000/841680.1